```
 1  BENNETT ROLFE, CSB# 45844
    Law Offices
 2  BENNETT ROLFE & ASSOCIATES
    545 West Avenue 26, Suite 201
 3  Los Angeles, CA 90065
    [323] 222-3059
 4  [323] 222-3096 FAX

 5  Attorneys for Plaintiff
    NIKI JO CHERNEY
 6
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI JO CHERNEY, | CASE NO. 05 CV-00365 AWI ▬ TAG |
| Plaintiff, | |
| vs. | STIPULATION RE: AMENDMENT OF COMPLAINT; ▬▬▬ ORDER THEREON |
| BMAR & ASSOCIATES, INC., and DOES 1 through 10, inclusive, | |
| Defendant. | |

The parties, by their respective attorneys, hereby stipulate and agree that the Complaint in this matter, originally filed in the Superior Court of the State of California for the County of Kern, a copy of which was attached to Defendant's Notice of Removal, be amended as follows:

1. Striking from the Third Cause of Action of said Complaint the words "as well as Section 8(a)(1)(3) of the National Labor Relations Act".

2. Adding thereto pages 10-13, inclusive (2nd page of Exhibit B and Exhibits C, D & E), copies of which are attached hereto.

The parties further stipulate and agree that Defendant is not required

1

to file any further responsive pleading to the Complaint as so amended.

Respectfully submitted this 26th day May, 2005.

Law Offices
BENNETT ROLFE & ASSOCIATES

By: /s/ Bennett Rolfe
BENNETT ROLFE
Attorneys for Plaintiff
NIKI JO CHERNEY


LITTLER MENDELSON
A Professional Corporation

By: /s/
SHELLINE K. BENNETT
Attorneys for Defendant
BMAR & Associates, Inc.

## ORDER

Good cause appearing, it is so ordered.

Dated: May 27, 2005

/s/ Theresa A. Goldner
United States Magistrate Judge

2

Notice of Case Closure
Page Two

(O

The Department of Fair Employment and Housing does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Belinda De La Cruz*

Belinda De La Cruz
District Administrator

cc:   Case File

Director
Human Resources/Personnel
BMAR AND ASSOCIATES INC.
1249 East Ridgecrest Blvd.
Ridgecrest, CA 93555

*Exhibit B p2*

DFEH-200-43 (04/03)

3

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 340-2005-00457 |

_____ and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Niki J. Cherney | (760) 375-5024 | 12-15-1946 |

Street Address: **606 Beth Lane Ridgecrest, CA 93555**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| BMAR & ASSOCIATES, INC. | Unknown | (760) 375-9503 |

Street Address: **1249 East Ridgecrest Boulevard, Ridgecrest, CA 93555**

DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-03-2004   Latest: 06-03-2004

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired on July 2, 1985.

I participated in an investigation regarding Richard Phillips, Coworker. I opposed the discriminatory treatment and harassment that Mr. Phillips was receiving.

I was terminated on June 3, 2004.

II. I was told that I was being terminated because I gave Mr. Phillips a copy of a delivery ticket.

III. I believe that I have been retaliated against because of my association with Mr. Phillips, my opposition to discrimination and harassment, and participation in an investigation and terminated, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
NOV 24 2004
EEOC/LADO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date: Nov 24, 2004   Charging Party Signature

Exhibit C

4

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

12

To: Niki J. Cherney
605 Beth Lane
Ridgecrest, CA 93555

From: Los Angeles District Office
255 E Temple St., 4th Fl
Los Angeles, CA 90012

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 340-2005-00457 | Legal Officer of the Day | (213) 894-1000 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

P. Nelson for

Olophius E. Perry,
District Director

12/2/04
(Date Mailed)

Enclosure(s)

cc: Marilyn White
Human Resources
BMAR & ASSOCIATES, INC.
2936-C Fort Campbell Blvd
P.O. Box 688
Hopkinsville, KY 42241

Bennett Rolfe
545 West Avenue 26
Suite #201
Los Angeles, CA 90065

*Exhibit D*

5

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                  ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)

TTY # (800) 700-2320

☐ 1001 Tower Way, Suite 250
   Bakersfield, CA 93309
H  (661) 395-2729

☐ 1320 E. Shaw Avenue, Suite 150
   Fresno, CA 93710
C  (559) 244-4760

☐ 611 West Sixth Street, Suite 1500
   Los Angeles, CA 90017
B  (213) 439-6799

☐ 1515 Clay Street, Suite 701
   Oakland, CA 94612
M  (510) 622-2941

☐ 2000 "O" Street, Suite 120
   Sacramento, CA 95814
E  (916) 445-5523

☐ 1350 Front Street, Suite 3005
   San Diego, CA 92101
D  (619) 645-2681

☐ 121 Spear Street, Suite 430
   San Francisco, CA 94105
A  (415) 904-2300

☐ 111 North Market Street, Suite 810
   San Jose, CA 95113
G  (408) 277-1277

☐ 2101 East Fourth Street, Suite 255-B
   Santa Ana, CA 92705
K  (714) 558-4266

Ms. Marilyn White
Human Resources
BMAR & ASSOCIATES, INC
2935-C Fort Campbell Blvd
P.O. Box 688
Hopkinsville, KY 42241

EEOC Number: 340-2005-00457

Case Name: Niki J. Cherney

Date: December 2, 2004

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

**Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.**

Sincerely,

WANDA J. KIRBY
Deputy Director
Enforcement Division

Exhibit E

DFEH-200-02 (01/04)

6