SHELLINE K. BENNETT, Bar No. 164759
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
Telephone:   559.244.7500
Facsimile:   559.244.7525

Attorneys for Defendant
BMAR & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Niki Jo Cherney,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMAR & Associates, Inc., and Does 1 to 10,<br><br>　　　　　Defendants. | Case No.  05-CV-00365 AWI/TAG<br><br>**STIPULATION OF DISMISSAL** |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: June 24, 2005

　　　　　　　　　　　　　　　　　　　　　　SHELLINE K. BENNETT
　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　BMAR & ASSOCIATES, INC.

1 | Dated: June _____, 2005

3 |                                      BENNETT ROLFE
Attorney for Plaintiff
NIKI JO CHERNEY

IT IS SO ORDERED.

**Dated:  June 29, 2005**                         **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE

2